# Court of Appeals
# of the State of Georgia

ATLANTA,___March 27, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1072. JXZ, INC. d/b/a BOBO GARDENS ASIAN CUISINE et al. v. RICHARD A. CAROTHERS.**

Appellants JXZ, Inc. d/b/a Bobo Gardens Asian Cuisine and Jia Ziang Zhao filed a petition for writ of certiorari to the superior court after the City of Doraville revoked their business license. The superior court affirmed the revocation, and the appellants filed this direct appeal from that order.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Because the appellants failed to comply with the discretionary appeal procedure, we lack jurisdiction to address this matter. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/27/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*